UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

TONI M GASTON

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

DENIS MCDONOUGH

SECRETARY OF VETERANS AFFAIRS

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for Employment Discrimination**

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
              *(check one)*

2

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | TONI M GASTON |
| Street Address | 60 LIVINGSTON ROAD |
| City and County | MORRISTOWN MORRIS |
| State and Zip Code | NEW JERSEY  07960 |
| Telephone Number | 973-462-5693 |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | FORREST TUCKER CHEIF OF MAS |
| Job or Title (if known) | LYONS VETERAN AFFAIRS AFFAIRS |
| Street Address | 151 KNOLLCROFT ROAD |
| City and County | LYONS,  SOMERSET |
| State and Zip Code | NEW JERSEY 07939-5000 |
| Telephone Number | 908-647-0180 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | DONALD CHAMBERS ASSISTANT CHIEF OF MAS |
| Job or Title (if known) | LYONS VETERAN AFFAIRS AFFAIRS |
| Street Address | 151 KNOLLCROFT ROAD |
| City and County | LYONS, SOMERSET |

3

|  |  |
|---|---|
| State and Zip Code | NEW JERSEY 07939-5000 |
| Telephone Number | 908-647-0180 |
| E-mail Address (if known) | |

Defendant No. 3

|  |  |
|---|---|
| Name | WENDY APUZZO |
| Job or Title (if known) | ASSISTANT CHIEF HUMAN RESOURCES |
| Street Address | 151 KNOLLCROFT ROAD |
| City and County | LYONS, SOMERSET |
| State and Zip Code | NEW JERSEY,07939-5000 |
| Telephone Number | 908-647-0180 |
| E-mail Address (if known) | |

Defendant No. 4

|  |  |
|---|---|
| Name | DAVID COOK |
| Job or Title (if known) | MEDICAL ADMINISTRATIVE SPECIALIST |
| Street Address | 151 KNOLLCROFT ROAD |
| City and County | LYONS, SOMERSET |
| State and Zip Code | NEW JERSEY 07960 |
| Telephone Number | 908-647-0180 |
| E-mail Address (if known) | |

## C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

|  |  |
|---|---|
| Name | DEPARTMENT OF VETERAN AFFAIRS |
| Street Address | 151 KNOLLCROFT ROAD |
| City and County | LYONS, SOMERSET |
| State and Zip Code | NEW JERSEY, 07939-5000 |
| Telephone Number | 908-647-0180 |

4

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Other federal law *(specify the federal law)*:

_____

☐    Relevant state law *(specify, if known)*:

_____

☐    Relevant city or county law *(specify, if known)*:

_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

5

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐  Failure to hire me.

☐  Termination of my employment.

☑  Failure to promote me.

☐  Failure to accommodate my disability.

☐  Unequal terms and conditions of my employment.

☑  Retaliation.

☐  Other acts *(specify)*:   SEXUAL HARRASSMENT

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s)

2009-2018

C.  I believe that defendant(s) *(check one)*:

☐  is/are still committing these acts against me.

☑  is/are not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☐  race _____

☐  color_____

☑  gender/sex _____

☐  religion _____

☐  national origin _____

☐  age.  My year of birth is _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

☐  disability or perceived disability *(specify disability)*

_____

6

E.   The facts of my case are as follows.  Attach additional pages if needed.

DAVID COOK A FEDERAL EMPLOYEE WAS ILLEGAL TRANSFER INTO A LOWER PAII

GRADE GS 7 AND RECEIVED A GS-9 PAY AND WORK ALONDSIDE FOUR WOMEN AN

WAS PAID TWO GRADES HIGHER ALL THE FEMALE EMPLOYEE WERE WOMEN GS 7

HE DID NOT WORK ACCORDING TO HIS PD AND WAS ONLY SUPPOSE TO BE

TEMPORARY AND ENDED UP STAY 14 YEARS. HE WAS NEVER RESSSIGNED

LEGALLY HR WAS NEVER NOTFIED. HE HARASSED A WOMEN IN THE JOB IN PAYGF

*(Note:  As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.   Exhaustion of Federal Administrative Remedies

A.   It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_____

B.   The Equal Employment Opportunity Commission *(check one)*:

☐   has not issued a Notice of Right to Sue letter.

☐   issued a Notice of Right to Sue letter, which I received on *(date)* AUGUST 10, 2021

*(Note:  Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C.   Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐   60 days or more have elapsed.

☐   less than 60 days have elapsed.

7

V.     **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I WANT TO BE GRANDFATHER IN AS A GRADE 9

BACK PAY FOR THE YEARS OF 2015-2018 WHILE EEO CASE WAS GOING ON

$5000 DOLLARS SPENT IN ATTORNEY FEES

FOR ALL THE EMOTIONAL AND PHYSICAL AND SEXUAL HARASSEMENT IN THE CAR

AND OFFICE AND THE DAMAGE DONE TO MY CAREER AT THE VETERAN'S AFFAIR DUE TO

RETAILIATION BY SUPERVISION AND HR NEGLIGENCE  $87,386.73  SEE SPREADSHEET

VI.    **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A.     **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20___.

Signature of Plaintiff        _____

Printed Name of Plaintiff     _____

**B.**     **For Attorneys**

Date of signing: _____, 20__.

| | |
|---|---|
| Signature of Attorney | _____ |
| Printed Name of Attorney | _____ |
| Bar Number | _____ |
| Name of Law Firm | _____ |
| Address | _____ |
| Telephone Number | _____ |
| E-mail Address | _____ |

9

**CHIEF EEO COMPLAINT:** Equal Pay Act of 1963, Title VII of the Civil Rights Act of 1964, ,

The requirements to substantiate and Equal Pay Act Claim is as follows. There are several elements that must be met in compensation discrimination complaints under the Equal Pay Act. The jobs being compared must require substantially equal skill, effort, and responsibility and be performed under similar working conditions within the same establishment.  In order to establish and initial case of wage discrimination under the Equal Pay Act, woman must show that

1. The work she did was substantially equal to that performed by male
2. She received a different rate of pay for substantially equal work
- I Toni Gaston worked ten years plus with David Cook male co-worker who was a grade 9 and three other women the female coworker's grade 7 with no opportunity under my job title Medical Administrative Assistant to advancement to a grade 9 unless we found another position in another title that require a grade 9.
- David Cook has already had two position in his paygrade as a GS-9. He was AOD (Officer of the Day) in East Orange VA were all his coworkers were all grade 9s as posted in USA Jobs. David Cook harassed a female employee while on the job as a AOD then he was unable to work alongside her due to a court decision. It was stated by HR that he was sent after the case there is a three year gap 2005-2008 were did he work?

### David Cook had two position in his pay grade from 2005-2008

1. AOD (Officer of The Day) grade 9   moved due to harassment, he worked at nights
2. ADPAC in training grade 9 target 11 moved due to not coming to work on Day tour
   The ADPAC seemed like a reward for his behavior

I was hired in 2008 but was not able to work in the position due to hiring freeze Consequently, was not brought on to the position of Medical Administrative Assistant until a year later September 2009.  The Veteran Affair's HR Department I found out that my employment paperwork was on a person desk that moved on to another position this was found out after I called a number in USA jobs after a year, and when HR realized this, I started the position

- In 2008 David Cook who had two positions in his paygrade 9 and was asked to fill in temporarily I gather until I started the position in 2009. If David Cook was going to be permanently reassigned were is his reassignment (Notification of Personnel Action) for 2008
- Donald Chamber's Supervisor never notified HR of the reassignment

David Cook worked in the position as a Medical Administrative Assistant classified 7 but he was the only person a male paid two grades higher 9 from 2008-2018. This created a Discriminatory Environment amongst his coworkers who were all females, and this is what that substantiate the Equal Pay Act Claim.

 Ramona Asturias a Medical Administrative Assistant that had been working in the position for several years before David Cook arrived questioned the Supervisor Donald Chamber Asst Chief of MAS how long he will be working in the position. The question was taken as a joke by the supervisor, but it was not a good feeling doing the same job, but the male employee is paid two grades higher more GS 9.  To be fair David Cook should have been required to find or reassigned to a position in his paygrade 9 once I arrived in the position a year later. What is the point of having a Federal Hiring System and Job posting and Position Classification with grade levels and regulations?

**The Veteran Affairs Human Resource Department was negligent:**

- Donald Chambers Supervisor and Assistant Chief MAS never notified HR and no proper paperwork was filed.   No reassignment (Notification of Personnel Action) for 2008

- Wendy Apuzzo Assistant Chief of HR testified that David Cook was misclassified this was a lie and if this happens in 1994 it had nothing to due with the time frame 2008-2018. Up until recently, if you worked and your title was AOD in East Orange your grade was a GS-9 only. There were five employees all women were AOD's grade 9 and if. David Cook was still working in EOVA as a AOD the male and female employees would all be paid the same grade 9 "fair".

- Wendy Apuzzo Assistant Chief of HR did not need a decade to fix the problem.  How could David Cook's job performance be evaluated by his Supervisor Donald Chamber Assistant Chief of MAS as a grade 7 and David Cook was a grade 9 under a different series, different title and PD. Not fair

- Donald Chambers never put in paperwork for David Cook to be legally reassign to a lower grade position. My lawyer asks for this information never received it because the reassignment was not done. reassignment (Notification of Personnel Action) for 2008.

- #34 in the case Wendy Apuzzo Assistant Chief of HR she testified, and I quote "I believe the most appropriate remedy would be to transfer Mr. Cook back to East Orange" this was written 3/22/15. David Cook stayed another 3 years

- On October 3, 2018, my lawyer and I attending prehearing conference the presiding Administrivia Judge held a with the parties during which the Report of Investigation ("ROI") was reviewed, and case management was discussed.

- Department of Veterans Affairs HR Department David Cook was quickly reassigned back to EOVA into his old position as and AOD and See 2018 (Notification of Personnel Action) was done.

David Cook was a problem employee, and two male Supervisor's Donald Chambers Assistant Chief of MAS and Forrest Tucker help facilitated the Discriminatory, Hostile, and Sexual Harassing work environment. I filed an EEO complaint for the first time on 1/27/2014 I was scheduled for the ADR on 2/21/2014 @ 9:00am at VA New Jersey Healthcare System, Lyon Campus Building 16, and the office of Resolution Management. The parties to the mediation session were Toni Gaston, Initiator and Donald Chambers, Respondent.   Leroy Hill was the Mediator and the subject: EEO complaint naming Mr. Donald Chambers as the Responsible Management Official regarding gender/pay claim. All of these issues were talked about during this ADR proceeding and nothing was done I still continued to get blamed for David Cook's problems.  On February 24, 2014 I received a letter from the Office of Resolution Management signed by Frank Cullen stating, "The aggrieved party alleged that on December 18, 2013 she became aware that she was paid at the Grade GS-7 rather than a Grade GS-9." So, nothing became of this ADR proceeding because I knew I was a grade 7 when I was hired.  This ADR was a joke and felt bullied through the whole process.   **See Report of Contacts and Letter.**

When I was hired, I had gone to College most of my life I had finally completed a B.A. Degree in Business Administration and was sending my daughter to college for Biology. I felt like I would have a promising career with the Federal Government. Unfortunately, I had to work and with and follow David Cook in rotating schedule. In addition, David Cook and myself having the same exact duties and responsibilities but him getting paid more than me. I learned early on my job was at stake working with David Cook which made this situation more unfair. Donald Chambers my first Supervisor and Assistant Chief of MAS blamed me and the other female employees for David Cook's improprieties during his work hours.

- David Cook was a no show when he was due to work. I covered his hours, but I was blamed (See Report of Contact)
- I had to take my own personnel time because I was asked to change my schedule by Supervisor Donald Chambers due to David Cook took a sick day and it caused a conflict with the timekeeper, I lost one of my days and I just started working in the position.
- David left and abandon his job and Donald Chambers Supervisor did not work at nights, but he always gave David Cook preferential treatment and treated the female employees poorly, so he blamed me for not signing David Cook out on the log completing the log was David Cook's assignment for the night. I was to complete a 24-hour report called G&L.
- The female employees were blame for a lot of issue that David Cook failed to complete, and it would cause change and problems for everyone.
    - Harassing Emails to complete assignments and it was David not completing it
    - Rules and regulation would change for the worst
    - Shift Changes because David Cook call out too much on one shift 12mid-8am

David Cook was address personally by my Supervisor Donald Chambers and he cursed at him and walk out. Even though David Cook was in a sense putting Supervisor Donald Chambers, Forrest Tucker in addition to the Vice President of Union Carl Martin and Associate Director John Griffith credibility and position on the line they never enforced his bad behavior.

**Sexual Harassment**

Donald Chambers Supervisor became such a loose cannon one day he decided to wait in the parking lot in his car, on a dark, rainy and foggy night two hours after his shift. Donald Chambers my supervisor told me to "GET IN HIS CAR HE WANTED TO TALK TO YOU". Mr. Chambers shift ends at 4pm and my shift begins at 6pm. I park in the handicap parking which is right in front of the door and the office where you walk right in. He could have come into the office where my other coworker was working and talk to me in the back office with the door closed if it was confidential

At this point I called John Griffith, Associate Director at home that night and explained the situation because I was in tears and upset when I came into the office and my coworker Ramona Asturias is a witness. John Griffith Associate Director told me write a Report of Contact. On November 10, 2015 I wrote a Report of Contact and emailed it to: John A Griffith Associate Director, Forrest Tucker Chief of MAS and this email was also Cc: Carl Martin Union Vice President, and Sharon Lake President, The Subject: Harassment and Retaliation

See Email and pictures were Forrest Tucker Chief of MAS was told about David Cook watching porn and he did nothing about it because David Cook was a old friend.

**Harassment and Retaliation**

The outcome: Donald Chambers was removed from the Lyons Campus (See email from Toni Hindsman EEO). Because this issue was not addressed, I was put into a sexual harassment situation. Donald Chambers felt he was above the rules of conduct. I was very paranoid and disturbed because the Lyons Campus has 19 buildings and approximately 350 acres and I am in four building alone after Midnight. Mr. Donald Chambers still has problems he was suspended and was still coming to the Lyons Campus.

Another case of Sexual Harassment was that Supervisor Forrest Tucker Chief of MAS was notified that David Cook was coming to work intoxicated and watch porn on the government computer and nothing was done.

Supervisor Forrest Tucker Assistant Chief of MAS instead of making sure that David Cook was functioning in his position properly he told David Cook to "WATCH IS BACK" David Cook bragged to everyone. He even told Ramona and I on two different occasion that Mr. Tucker was his "boy" and he stated to Watch his back.

On 11/3/17 we had a meeting with Supervisor Forrest Tucker Assistant, Kathy Corbin Chief of MAS, Union Rep. Barry Walters and two unions Reps and the last two female employees Ramona Asturias and I our title Medical Administrative Assistant grade 7 both of us have file EEO cases and now we are discussing why the supervisor are not enforcing that David Cook to perform all his job functions (See Emails)

- David Cook had no valid ID for 1 year
- No ID No email encryption
- David lost the right to schedule appointment he called out on last chance training
- Can upload G&L for years nor does he correct error on the report

So, half of his duties he could not preform so the two female employees working with David Cook must complete his duties for him and he is still a grade 9 and we are females 7. I am in a situation now I am a decade older so in order for me to get a grade 9. I would have to work in EOVA as a AOD post for the job on USA Jobs when it comes out this is what a new Supervisor is proposing.

Donald Chambers took this situation regarding the EEO too personal to the point where he risked his being removed from the Lyons Campus for Sexual Harassment and Retaliation and Hostile work environment. He also set me up for failure in my position by downgrading my performance ratings. Forrest Tucker Supervisor that preceded Donald Chambers was little fairer. He knew that I was an exceptional worker, and he gave me a fair performance rating in spite of EEO case. Asturias and I are the two-females left in the position Mary Smith file a EEO case years ago and her case was settled (**See Mary Smith Report of Contact**)

## Resolution Compensation for the Equal Pay Act

Grandfather in as a grade 9

Back pay

This will be compensation for pain and suffering and the Sexual Harassment and working in a Hostile work environment for so many years which has affected financially I hired a lawyer

$5000.00, mentally, and physically going to therapy and stress in addition applied to other position within the VA but was never hired despite my work performance.